Samuel A. Prieto;
# 16663-051
U.S. Medical Center for Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

United States District Court of The
Western District of Texas
Honorable District Judge Montalvo;
525 Magoffin Avenue
El Paso, Texas 79901

Dear Honorable District Judge Montalvo;
I come now for help and support. I am writing to respectfully Request that I be considered for an early release from prison under the Compassionate Release Program under 18 U.S.C. § 3582(c)(1)(A), and that you treat this as a formal request for a Reduction in Sentence (RIS).

I believe I am a good candidate for Compassionate Release for the following reasons. I have been incarcerated since June 12, 2014, I am currently 58 years old.

Since I have been incarcerated, I have received the following Medical treatment; I am on Hemodialysis three days a week.

I believed that I am at High Risk of complications from COVID-19 Virus because I qualify for Extraordinary and Compelling Reason because I have a weaken Immune system which makes me especially vulnerable to the COVID-19 Virus. In the Compassionate Release under the provisions of the First Step Act's 1(A) In my Medical Conditions I've been suffering from Chronic Hypertension Congestive Heart Failure, I am in end stage organ

(1-of-2)

kidney failure, Stage V, Diabetic retionapathy on hands, and both feet. Using a 4/wheel chair every single moment. Moreover the U.S. Attorney General William Bar issue a Memo directing the Bureau of Prison for Prioritization of Home Confinement in Responce to COVID-19 Pandemic. In that memorandum, Barr instructed the Bureau of Prison (BOP) to prioritize to use statutory Authorities to grant Home Confinement for Inmates like me in response to the virus.

When I am release from prison, I plan to live with my Father 3284 Lisa Sharr El Paso, Texas 79938 Hm phone 915-484-3686.

Based on all my Information above my personal Circumstances and the COVID-19 pandemic. I Request would you Honorable District Judge Montalvo; please give me early release under the Compassionate Release Program.

Thank you for your time and Consideration.

Date
4-21-2020

Sincerely
Samuel Prieto
Samuel A. Prieto;
Reg No. 16663-051

(2-OF-2)

Samuel A. Prieto
#16663-051
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658
21 APR 2020 PM 2 L

7S901-2504S6

United States District Court of the
Western District of Texas
Honorable District Judge Montalvo,
525 Magoffin Avenue
El Paso, Texas 79901